BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:09-cr-00390 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR CONTINUANCE OF |
| v. | ) | SENTENCING |
| | ) | |
| LARRY CHANTHAVONGSA | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Robert Wynne, attorney for defendant, that the sentencing hearing currently set for April 2, 2010 be continued to April 16, 2010 at 8:30 a.m. for the following reasons:

1.   The government has spoken with defense counsel who indicated that probation contacted him and requested that counsel request that the matter be continued.

2.   Counsel for the government has a doctor's appointment at 8:30 a.m. on April 2, 2010, and would like to handle the matter personally.

Thus, the parties request that the Court grant their request

to continue the sentencing hearing until April 16, 2010 at 8:30 a.m.

Dated: March 31, 2010                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                   By    /s/ Kimberly A. Sanchez
                                         KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney

Dated: March 31, 2010                    /s/ Robert Wynne
                                         ROBERT WYNNE
                                         Attorney for Defendant

IT IS THE COURT'S UNDERSTANDING THAT AN OBJECTION HAS BEEN FILED (ALTHOUGH THE COURT HAS NOT RECEIVED THE OBJECTION), AND AS A RESULT OF THE OBJECTION, PROBATION NEEDS TO OBTAIN A TRANSCRIPT. THAT WILL NOT BE ABLE TO OCCUR BEFORE THE SCHEDULED HEARING SET FOR APRIL 2ND.  THEREFORE, THE SENTENCING FOR APRIL 2ND IS VACATED AND IS RESET FOR APRIL 16, 2010 AT 8:30 A.M.

**IT IS SO ORDERED.**

**Dated:   March 31, 2010**                    /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE