| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, CA SBN #308269 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
LARRY CHANTHAVONGSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:09-cr-00390-LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION FOR EARLY TERMINATION |
| | ) OF SUPERVISED RELEASE; ORDER |
| vs. | ) |
| | ) Hon. Lawrence J. O'Neill |
| LARRY CHANTHAVONGSA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, KIM SANCHEZ, Assistant United States Attorney, counsel for plaintiff, and ANDREW WONG, Assistant Federal Defender, counsel for defendant, that Larry Chanthavongsa's term of supervised release may be terminated and he may be discharged from supervision forthwith.

Title 18 U.S.C. § 3583(e)(1) grants the court power to terminate a term of supervised release at any time after the expiration of one year of supervised release, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the court is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and(B). Under both provisions, no hearing is required here.

1   On January 8, 2010, Larry Chanthavongsa pled guilty to one count of being a felon in possession of a firearm. On April 16, 2010, the Court sentenced Mr. Chanthavongsa to ninety-two months imprisonment followed by three years of supervised release. Mr. Chanthavongsa completed his custodial sentence and began supervision on July 6, 2016.

Upon commencing supervision, Mr. Chanthavongsa started working immediately. Mr. Chanthavongsa's first job was as a prep cook. He enjoyed working, but did not particularly care for the kitchen environment. He began to diligently search for more fulfilling employment. Mr. Chanthavongsa eventually found a job with a local agricultural irrigation company as a machine operator. Mr. Chanthavongsa works in the pipe recycling division rendering down defective piping into usable raw materials. He has been with the company for nearly two years and has earned a position of trust supervising the other temporary workers employed by the company.

On a personal level, Mr. Chanthavongsa recently got married. His wife purchased a home for them and Mr. Chanthavongsa helps pay the mortgage. When not working, Mr. Chanthavongsa spends his time with his wife and children. Mr. Chanthavongsa's wife frequently travels out of district to visit her family. Mr. Chanthavongsa would like to accompany his wife on these trip to get to know his new extended family.

USPO Nicole Wright reports that Mr. Chanthavongsa is in full compliance with the terms of his supervised release and she has no basis to oppose his request for early termination.

Based on the foregoing, the parties believe early termination of supervised release is warranted based on Mr. Chanthavongsa's conduct and the interest of justice.

Respectfully submitted,

                                  MCGREGOR SCOTT
                                  United States Attorney

DATED: July 31, 2018                By:*/s/Kim Sanchez*
                                            KIM SANCHEZ
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

                                            HEATHER E. WILLIAMS
                                            Federal Defender

DATED: July 31, 2018					By: /s/ *Andrew Wong*
							ANDREW WONG
							Assistant Federal Defender
							Attorney for Defendant
							LARRY CHANTHAVONGSA

**O R D E R**

Larry Chanthavongsa is hereby discharged from supervised release, effective immediately.

IT IS SO ORDERED.

Dated: **July 31, 2018**				/s/ Lawrence J. O'Neill
							UNITED STATES CHIEF DISTRICT JUDGE